UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKUR D. GANNAWAY,

                                  Petitioner,

            -against-

THE PEOPLE OF NEW YORK, NY,

                                  Respondent.

1:21-CV-10314 (LTS)

CIVIL JUDGMENT

LAURA TAYLOR SWAIN, Chief United States District Judge:

Pursuant to the order issued December 6, 2021, dismissing this action without prejudice as duplicative,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to the pending action under docket number 1:21-CV-7674. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner, a Pennsylvania state prisoner, and note service on the docket.

SO ORDERED.

 Dated:    December 6, 2021
           New York, New York

                                        /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                   Chief United States District Judge